UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

VERONICA JOHNSON, Individually and as Personal
Representative of the Wrongful Death Beneficiaries of
BRANDON T. JOHNSON, SR., DECEASED, and as
Mother and Next Friend of B.T. JOHNSON, a Minor
and as Mother and Next Friend of J. JOHNSON, a Minor        PLAINTIFFS

V.                                                          CIVIL ACTION NO. 2:09cv113-M-S

HANKOOK TIRE MFG. CO., LTD., a Foreign
Corporation; HANKOOK TIRE AMERICA CORP.,
A Foreign Corporation; FORD MOTOR COMPANY; and
JOHN DOES 1-10                                              DEFENDANTS

# ORDER

Before the court are Ford Motor Company's Motion for Protective Order (# 85) and Hankook Tire's Motion to Seal Exhibit (# 88). The court, having duly considered the motions, rules as follows:

*Ford's Motion*

Though Ford has filed its motion as a request for a protective order, the court finds the substance of the motion is more of request for an order prohibiting the spoliation of evidence, i.e., the vehicle which is the subject of this lawsuit. Accordingly, the court finds the relief sought should be, and the same is hereby GRANTED.

It is further ORDERED that the Parties, the Parties' representatives, attorneys, agents, witnesses, or any other person or party are hereby prohibited from disposing of, selling, repairing, altering, changing, testing, or in any way materially affecting the subject 1998 Ford Explorer (VIN 1FMZU32E4WUA60706) made the basis of this suit or any parts, portions or pieces thereof, **except upon written agreement of the parties or pursuant to a court order on**

**a properly noticed motion**.

*Hankook's Motion*

For good cause shown, the motion to seal is granted in part. Under the circumstances and pending the court's ruling on Hankook's Motion to Strike and for Protective Order, it appears that electronic access to the transcript of Mr. Lee's deposition need only be restricted to the court and counsel of record. Accordingly, the movant shall submit the deposition to the clerk for filing under RESTRICTED ACCESS, and the clerk shall forthwith file the same with access restricted to the court and counsel of record for the parties.[1]

SO ORDERED this 20th day of April, 2010.

/s/ David A. Sanders
U. S. Magistrate Judge

---

[1] Parties may submit documents for filing under seal or restricted access by emailing a copy of the document in PDF format to the clerk at ecf_information@msnd.uscourts.gov , along with a reference to the document number of the order authorizing the filing.