UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

VERONICA JOHNSON, Individually and as Personal
Representative of the Wrongful Death Beneficiaries of
BRANDON T. JOHNSON, SR., DECEASED, and as
Mother and Next Friend of B.T. JOHNSON, a Minor
and as Mother and Next Friend of J. JOHNSON, a Minor                PLAINTIFFS

V.                                                                  CIVIL ACTION NO. 2:09cv113-M-S

HANKOOK TIRE MFG. CO., LTD., a Foreign
Corporation, ET AL.                                                 DEFENDANTS

## **ORDER**

Before the court is the plaintiff's motion (# 95) for permission to file her response to Defendant Hankook's motion to strike and for protective order (# 87) under restricted access. The court finds that because the plaintiff's response quotes extensively testimony from the deposition of Don Lee which this court has already determined should be filed under restricted access, the motion is well taken and should be granted.

**THEREFORE, IT IS ORDERED** that the plaintiff shall submit her response to Hankook's motion to strike and for protective order to the clerk for filing under **RESTRICTED ACCESS**, and the clerk shall forthwith file the same with access restricted to the court and counsel of record for the parties.[1]

SO ORDERED this 11th day of May, 2010.

/s/ David A. Sanders
U. S. Magistrate Judge

---

[1] Parties may submit documents for filing under seal or restricted access by emailing a copy of the document in PDF format to the clerk at ecf_information@msnd.uscourts.gov , along with a reference to the document number of the order authorizing the filing.